[No. 13779-1-III. Division Three. July 11, 1995.]

KATHRYN A. MAGULA, *Appellant*, v. BENTON
FRANKLIN TITLE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 92-2-00986-0, Duane E. Taber, J., entered January 1, 1994. *Reversed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J. Now published at 79 Wn. App. 1.


[No. 13616-7-III. Division Three. July 11, 1995.]

*In re Marriage of* BARBARA ANN STEVENS,
*Respondent, and* WILLIAM C. STEVENS, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 91-3-00014-4, Donald W. Schacht, J., entered October 5, 1993. *Affirmed* by unpublished per curiam opinion.


[Nos. 16530-9-II; 16531-7-II. Division Two. July 11, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
ANTHONY SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, Nos. 90-1-01902-2, 90-1-02075-6, Terry D. Sebring, J., entered October 9, 1992. *Reversed* by unpublished opinion per Alexander, J. Pro Tem., concurred in by Houghton, A.C.J., and Morgan, J.